Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al., | Case No. 2:23-cv-01482-KKE |
| Plaintiffs, | ORDER OF DISMISSAL RE: DEFENDANT SCOTT E. WOOD |
| v. | |
| ELCON CORPORATION, a Washington corporation; PETER S. WILLIAMS, an individual; and SCOTT E. WOOD, an individual, | |
| Defendants. | |

This matter is before Court on the stipulation between Plaintiffs and Defendant Scott E. Wood. The Court has reviewed the stipulation, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court ORDERS:

1. Defendant Scott E. Wood is dismissed from this action with prejudice; and
2. Each Party is to bear its own fees and costs in this matter.

Dated: December 19th, 2023.

*/s/ Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL – 1
2:23-cv-01482-KKE

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900