Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al., | Case No. 2:23-cv-01482-KKE |
| Plaintiffs, | ORDER OF DISMISSAL RE: DEFENDANT PETER S. WILLIAMS |
| v. | |
| ELCON CORPORATION, a Washington corporation; and PETER S. WILLIAMS, an individual, | |
| Defendants. | |

This matter is before Court on the stipulation between Plaintiffs and Defendant Peter S. Williams. Dkt. No. 20. The Court has reviewed the stipulation, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court ORDERS:

1. Defendant Peter S. Williams is dismissed from this action with prejudice; and

2. Each Party is to bear its own fees and costs in this matter.

ORDER OF DISMISSAL – 1
2:23-cv-01482-KKE

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Dated: July 31, 2025

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL – 2
2:23-cv-01482-KKE

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900