UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al., | CASE NO. C23-01482-KKE |
|---|---|
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| ELCON CORPORATION, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

This case was stayed in February 2024 at the parties' request, pending further notice that the automatic stay in the related state court receivership has been lifted or that the parties are otherwise ready to proceed. *See* Dkt. Nos. 18, 19. The parties shall file a joint report no later than August 29, 2025, regarding the status of this litigation and whether a stay continues to be warranted.

Dated this 12th day of August, 2025.

                                              Ravi Subramanian
                                              Clerk

                                            */s/ Alejandro Pasaye Hernandez*
                                              Deputy Clerk

MINUTE ORDER - 1