UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al.,<br>Plaintiff(s),<br>v.<br>ELCON CORPORATION, et al.,<br>Defendant(s). | CASE NO. C23-01482-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

This case was stayed in February 2024 at the parties' request, pending further notice that the automatic stay in the related state court receivership has been lifted or that the parties are otherwise ready to proceed. *See* Dkt. Nos. 18, 19. In August 2025, the parties informed the Court that, in the state court receivership case, Stapleton Group, Inc. was appointed as general receiver over Defendant Elcon Corporation's assets, that the entry of the order appointing receiver imposed an automatic stay under WASH. REV. CODE § 7.60.110, and that the receivership case remains pending and, thus, the automatic stay remains in place. Dkt. No. 23.

The parties shall file a joint report no later than September 15, 2026, regarding the status of this litigation and whether a stay continues to be warranted.

//

Dated this 1st day of September, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk