UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ELCON CORPORATION, et al.,<br><br>Defendant(s). | CASE NO. C23-01482-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Pursuant to the Parties' joint status report (Dkt. No. 27), this matter remains STAYED pending further notice to the Court that the automatic stay in the related state court receivership case has been lifted or the parties are otherwise ready to proceed. The parties shall file a joint status report regarding the status of this litigation and whether a stay continues to be warranted no later than December 15, 2026, or, if it occurs before that date, upon lifting of the automatic stay in the related state court receivership case.

//

//

//

//

Dated this 22nd day of September 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk